FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 17 2016

MATTHEW J. DYKMAN
CLERK

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. David Olivas, Jr.

Docket No.: EDCR13-00119-VAP

Petition on Probation and Supervised Release (Bench Warrant)    16 mj 1062

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of David Olivas, Jr. who was placed on supervision by the Honorable WILLIAM Q. HAYES sitting in the Court at San Diego, CA, on the 22nd day of April, 2013 who fixed the period of supervision at 55 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). Jurisdiction was transferred to the Central District of California on December 4, 2013.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of David Olivas, Jr., before the United States District Court at Riverside, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 2d day of Dec, 2014 and ordered filed and made a part of the records in the above case.

Virginia A. Phillips
United States District Judge
HONORABLE VIRGINIA A. PHILLIPS

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on November 20, 2014

JANA RIVERS /s/
U. S. Probation Officer

Place: San Bernardino, California

U.S.A. VS David Olivas, Jr.
Docket No    EDCR13-00119-VAP

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before June 6, 2014, and September 24, 2014, David Olivas used marijuana, as evidenced by laboratory analysis of his urine sample and his admission.

2. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before September 30, 2014, David Olivas used marijuana, as evidenced by laboratory analysis of his urine sample.

3. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program that includes urinalysis, as directed by the Probation Officer, on October 4th, October 21st, October 31st, November 3rd, November 14th, and November 20, 2014, David Olivas failed to report for random drug testing at Sharper Future.

4. Having been ordered by the Court to participate in an outpatient substance abuse treatment and counseling program, as directed by the Probation Officer, on October $3^{th}$, October $10^{st}$, October 17th, October 31st, November 7th, and November 14, 2014, David Olivas failed to report for substance abuse counseling at Sharper Future.

5. Having been ordered by the Court not to commit another Federal, state or local crime, on or about October 18, 2014, David Olivas operated a motor vehicle while under the influence of alcohol, in violation of California Vehicle Codes 23152(a) and 23152(b).

6. Having been ordered by the Court to notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer, on October 25, 2014, David Olivas was questioned by an officer from the Riverside County Sheriff's Office and failed to notify the Probation Officer.

2

Case 5:13-cr-00119-VAP   Document 6 *SEALED*   Filed 12/02/14   Page 1 of 3   Page ID #:78

RECEIVED
U.S. MARSHALS SERVICE
RIVERSIDE, CA 92501

2016 MAR 10  AM 11: 07

# UNITED STATES PROBATION OFFICE
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
| --- | --- | --- |
| | Plaintiff(s) | EDCR13-00119-VAP |
| vs | | |
| David Olivas, Jr. | | WARRANT FOR ARREST |
| | Defendant(s) | |

TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest David Olivas and bring him forthwith to the nearest Magistrate Judge to answer to a(n): ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Order of Court

☒ Violation Petition  ☐ Violation Notice charging him with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title  18   United States Code, Section(s)  3583(e)(3)

Terry Nafisi
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

Margo Mead
SIGNATURE OF DEPUTY CLERK

12/2/2014, Riverside
DATE AND LOCATION OF ISSUANCE

BY:  Virginia A. Phillips
NAME OF JUDICIAL OFFICER

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

NAME OF ARRESTING OFFICER

DATE OF ARREST

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

**WARRANT FOR ARREST**

CR-12 (07/04)